```
                            United States Bankruptcy Court
                            Northern District of Alabama
In re:                                                              Case No. 17-81247-CRJ
Michael E Higdon                                                    Chapter 7
Robin T Higdon
        Debtors               CERTIFICATE OF NOTICE
District/off: 1126-8          User: admin              Page 1 of 2          Date Rcvd: Apr 21, 2017
                              Form ID: 309A            Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2017.
db/jdb         +Michael E Higdon,   Robin T Higdon,   2607 Greenwood Drive SE,   Decatur, AL 35601-6730
tr             +Judith Thompson,   P.O. Box 18966,   Huntsville, AL 35804-8966
9342956        +Alabama Money,   1802 US Hwy 72 E,   Athens AL 35611-4400
9342960        +Bryn Higdon,   2607 Greenwood Drive SE,   Decatur AL 35601-6730
9342973        +Holloway Credit Solutions,   1286 Carmichael Way,   Montgomery AL 36106-3645
9342966         Pay Pal Credit,   PO Box 105658,   Atlanta GA 30348-5658
9342967        +Personal Touch Pharmacy,   824 6th Ave SE,   Decatur AL 35601-3022
9342968        +Seventh Avenue,   1112 7th Avenue,   Monroe WI 53566-1364
9342969        +UAB,   619 19th Street,   Birmingham AL 35233-1900
9342955       ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,   8480 Stagecoach Cir,
                 Frederick MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ccaldwell@bondnbotes.com Apr 22 2017 01:23:59     James W Ezzell,
                 Bond Botes Sykstus Tanner & Ezzell PC,   225 Pratt Avenue NE,   Huntsville, AL 35801-4008
smg            +E-mail/Text: bnc_notices_northern@alnba.uscourts.gov Apr 22 2017 01:26:05     Richard Blythe,
                 BA Decatur,   P O Box 3045,   Decatur, AL 35602-3045
9342957        +EDI: RMSC.COM Apr 22 2017 00:49:00      Amazon,   PO Box 960013,   Orlando FL 32896-0013
9342958        +EDI: AMEREXPR.COM Apr 22 2017 00:48:00      Amex,   Correspondence,   PO Box 981540,
                 El Paso TX 79998-1540
9342970        +EDI: BANKAMER2.COM Apr 22 2017 00:48:00      Bank of America,   PO Box 25118,
                 Tampa FL 33622-5118
9342959        +EDI: BANKAMER.COM Apr 22 2017 00:49:00      Bank of America,   Nc4-105-03-14,   PO Box 26012,
                 Greensboro NC 27420-6012
9342961        +EDI: CAPITALONE.COM Apr 22 2017 00:49:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,   PO Box 30285,   Salt Lake City UT 84130-0285
9342971        +EDI: CHASE.COM Apr 22 2017 00:48:00      Chase,   270 Park Ave,   New York NY 10017-2070
9342962        +EDI: CHASE.COM Apr 22 2017 00:48:00      Chase Card,   Attn: Correspondence Dept,   PO Box 15298,
                 Wilmington DE 19850-5298
9342963        +EDI: WFNNB.COM Apr 22 2017 00:48:00      Comenity Bank/Victoria Secret,   Attn: Bankruptcy,
                 PO Box 182125,   Columbus OH 43218-2125
9342972        +EDI: DISCOVER.COM Apr 22 2017 00:48:00      Discover,   PO Box 6103,
                 Carol Stream IL 60197-6103
9342964        +EDI: DISCOVER.COM Apr 22 2017 00:48:00      Discover Financial,   PO Box 3025,
                 New Albany OH 43054-3025
9342974        +EDI: HY11.COM Apr 22 2017 00:49:00      Hyundai Finance,   PO Box 660891,   Dallas TX 75266-0891
9342954        +EDI: HY11.COM Apr 22 2017 00:49:00      Hyundai Motor Finance,   Attn: Bankruptcy,
                 PO Box 20809,   Fountain City CA 92728-0809
9342965        +EDI: TSYS2.COM Apr 22 2017 00:48:00      Macy's,   7 West Seventh Street,
                 Cincinnati OH 45202-2424
9342975        +EDI: WFNNB.COM Apr 22 2017 00:48:00      Victoria's Secret,   3 Limited Pkwy,
                 Columbus OH 43230-1467
9342976        +EDI: WFFC.COM Apr 22 2017 00:48:00      Wells Fargo,   PO Box 10335,   Des Moines IA 50306-0335
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                                     Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2017 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Michael E Higdon**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2837<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Robin T Higdon**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2640<br>EIN  _ _–_ _ _ _ _ _ _ |
| UNITED STATES BANKRUPTCY COURT  NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION | | Date case filed for chapter  7  4/21/17 |
| Case number:  17–81247–CRJ7 | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     (12/15)

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael E Higdon | Robin T Higdon |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2607 Greenwood Drive SE<br>Decatur, AL 35601 | 2607 Greenwood Drive SE<br>Decatur, AL 35601 |
| 4. | **Debtor's attorney**<br>Name and address | James W Ezzell<br>Bond Botes Sykstus Tanner & Ezzell PC<br>225 Pratt Avenue NE<br>Huntsville, AL 35801–4008 | Contact phone 256 539–9899 |
| 5. | **Bankruptcy trustee**<br>Name and address | Judith Thompson<br>P.O. Box 18966<br>Huntsville, AL 35804 | Contact phone 256 880–2217 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Well Street <br> P. O. Box 2775 <br> Decatur, AL 35602 | Hours open: Monday – Friday <br> 8:00 AM – 4:00 PM <br><br> Contact phone 256−584−7900 <br><br> Date: 4/21/17 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 18, 2017 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Federal Building, Cain St Entrance, Room 200, Decatur, AL 35601** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/17/17** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline** page **2**