```
                         United States Bankruptcy Court
                         Northern District of Alabama
In re:                                                        Case No. 17-81247-CRJ
Michael E Higdon                                              Chapter 7
Robin T Higdon
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 1126-8          User: smorgan              Page 1 of 2         Date Rcvd: Aug 22, 2017
                              Form ID: 318               Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2017.
```
db/jdb         +Michael E Higdon,    Robin T Higdon,   2607 Greenwood Drive SE,    Decatur, AL 35601-6730
cr             +Wells Fargo Bank, N.A.,   Reaffirmation Group,   MAC D0203-023,    1100 Corporate Center Dr,
                 Raleigh, NC 27607-5066
9342956        +Alabama Money,    1802 US Hwy 72 E,   Athens AL 35611-4400
9342960        +Bryn Higdon,   2607 Greenwood Drive SE,   Decatur AL 35601-6730
9342973        +Holloway Credit Solutions,   1286 Carmichael Way,    Montgomery AL 36106-3645
9342966         Pay Pal Credit,    PO Box 105658,   Atlanta GA 30348-5658
9342967        +Personal Touch Pharmacy,    824 6th Ave SE,   Decatur AL 35601-3022
9342968        +Seventh Avenue,   1112 7th Avenue,    Monroe WI 53566-1364
9342969        +UAB,   619 19th Street,   Birmingham AL 35233-1900
9342955       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Cir,
                 Frederick MD 21701)
9428537        +Wells Fargo Bank, NA,    MAC#-D0203-023,   1100 Corporate Center Drive,   Raleigh, NC 27607-5066
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: bnc_notices_northern@alnba.uscourts.gov Aug 23 2017 01:45:44      Richard Blythe,
                 BA Decatur,   P O Box 3045,   Decatur, AL 35602-3045
9342957        +EDI: RMSC.COM Aug 23 2017 01:28:00       Amazon,   PO Box 960013,   Orlando FL 32896-0013
9342958        +EDI: AMEREXPR.COM Aug 23 2017 01:28:00       Amex,   Correspondence,   PO Box 981540,
                 El Paso TX 79998-1540
9342970        +EDI: BANKAMER2.COM Aug 23 2017 01:28:00       Bank of America,   PO Box 25118,
                 Tampa FL 33622-5118
9342959        +EDI: BANKAMER.COM Aug 23 2017 01:28:00       Bank of America,   Nc4-105-03-14,   PO Box 26012,
                 Greensboro NC 27420-6012
9342961        +EDI: CAPITALONE.COM Aug 23 2017 01:28:00       Capital One,
                 Attn: General Correspondence/Bankruptcy,   PO Box 30285,   Salt Lake City UT 84130-0285
9342971        +EDI: CHASE.COM Aug 23 2017 01:28:00       Chase,   270 Park Ave,   New York NY 10017-2070
9342962        +EDI: CHASE.COM Aug 23 2017 01:28:00       Chase Card,   Attn: Correspondence Dept,   PO Box 15298,
                 Wilmington DE 19850-5298
9342963        +EDI: WFNNB.COM Aug 23 2017 01:28:00       Comenity Bank/Victoria Secret,   Attn: Bankruptcy,
                 PO Box 182125,   Columbus OH 43218-2125
9342972        +EDI: DISCOVER.COM Aug 23 2017 01:28:00       Discover,   PO Box 6103,
                 Carol Stream IL 60197-6103
9342964        +EDI: DISCOVER.COM Aug 23 2017 01:28:00       Discover Financial,   PO Box 3025,
                 New Albany OH 43054-3025
9342974        +EDI: HY11.COM Aug 23 2017 01:28:00       Hyundai Finance,   PO Box 660891,   Dallas TX 75266-0891
9342954        +EDI: HY11.COM Aug 23 2017 01:28:00       Hyundai Motor Finance,   Attn: Bankruptcy,
                 PO Box 20809,   Fountain City CA 92728-0809
9342965        +EDI: TSYS2.COM Aug 23 2017 01:28:00       Macy's,   7 West Seventh Street,
                 Cincinnati OH 45202-2424
9342975        +EDI: WFNNB.COM Aug 23 2017 01:28:00       Victoria's Secret,   3 Limited Pkwy,
                 Columbus OH 43230-1467
9342976        +EDI: WFFC.COM Aug 23 2017 01:28:00       Wells Fargo,   PO Box 10335,   Des Moines IA 50306-0335
                                                                                               TOTAL: 16

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                                  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2017 at the address(es) listed below:

    James W Ezzell    on behalf of Debtor Michael E Higdon ccaldwell@bondnbotes.com, jmcginnis@bondnbotes.com;kseal@bondnbotes.com;hedstrom@bondnbotes.com

    James W Ezzell    on behalf of Joint Debtor Robin T Higdon ccaldwell@bondnbotes.com, jmcginnis@bondnbotes.com;kseal@bondnbotes.com;hedstrom@bondnbotes.com

    Judith  Thompson   judith@al-bk.com, AL03@ecfcbis.com

                                                TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael E Higdon** | Social Security number or ITIN xxx–xx–2837 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Robin T Higdon** | Social Security number or ITIN xxx–xx–2640 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

**UNITED STATES BANKRUPTCY COURT   NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION**

Case number:   17–81247–CRJ7

# Order of Discharge

(12/15)

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael E Higdon                              Robin T Higdon

<u>8/22/17</u>

**By the court:**   <u>Clifton R. Jessup Jr.</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**ATTENTION DEBTOR:   IMPORTANT DOCUMENT!   PLEASE KEEP FOR YOUR RECORDS!**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**